UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

STEVEN L. SNIPES,

Plaintiff,

v.

PRESBYTERIAN CHURCH (USA), and

BIG BLACK CREEK HISTORICAL ASSOCIATION,

Defendants.

CIVIL ACTION NO. _____

COMPLAINT FOR:

(1) UNJUST ENRICHMENT (13TH AMENDMENT VIOLATION)

(2) FRAUDULENT CONVEYANCE (TENN. CODE § 66-3-101)

(3) CIVIL RIGHTS VIOLATIONS (42 U.S.C. § 1983)

**I. PARTIES**

1. **Plaintiff Steven L. Snipes** is a direct descendant of John Skidmore Snipes, an enslaved laborer who built the Denmark Presbyterian Church in 1854.

2. **Defendant Presbyterian Church (USA)** (PCUSA) is a religious corporation that benefited from slave labor and fraudulently transferred the Denmark Church.

3. **Defendant Big Black Creek Historical Association** is a Tennessee nonprofit that received the Denmark Church via fraudulent $0 transfer in 2021.

**II. JURISDICTION**

This Court has jurisdiction under:

- 28 U.S.C. § 1331 (federal question - 13th Amendment violation)
- 28 U.S.C. § 1367 (supplemental state law claims)

## III. FACTS

**4. Slave Labor Construction**: The Denmark Presbyterian Church was built in 1854 using enslaved labor, including Plaintiff's ancestor John Skidmore Snipes (per National Register of Historic Places).

**5. Fraudulent Transfers**:

- 1992: PCUSA transferred church to Cemetery Maintenance of Denmark Inc. for $0
- 2021: Transferred to Big Black Creek Historical Association for 0 *(property valued at 600,000+)*
- 6. **Unjust Enrichment**: Defendants continue to benefit from property built by slave labor while denying restitution.

## IV. CLAIMS FOR RELIEF

**COUNT 1: UNJUST ENRICHMENT (13TH AMENDMENT VIOLATION)**

7. Defendants retain benefits derived from slave labor in violation of the 13th Amendment's abolition of slavery.

**COUNT 2: FRAUDULENT CONVEYANCE (TENN. CODE § 66-3-101)**

8. The $0 transfers were made to hinder, delay or defraud Plaintiff's restitution claims.

**COUNT 3: CIVIL RIGHTS VIOLATIONS (42 U.S.C. § 1983)**

9. Defendants systematically denied Plaintiff's rights to justice and reparations.

## V. PRAYER FOR RELIEF

Plaintiff demands:

A. 831,154,278,647.12 in damages (adjusted labor value);

B. Co-ownership of Denmark Presbyterian Church;

C. Injunctive relief freezing PCUSA's 14.6M reserve fund;

D. Attorney's fees and costs;

E. Any other relief the Court deems just.

## VI. JURY DEMAND

Plaintiff demands trial by jury on all issues.

**Dated:** 3/27/2025

Respectfully submitted,

Steven L. Snipes, Pro Se

3214 Hardwood Drive, Murfreesboro, TN 37129

(615) 755-3699