**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **STEVEN L. SNIPES,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )    **No. 3:25-cv-00346** |
| | ) |
| **PRESBYTERIAN CHURCH (USA), et al.,** | ) |
| | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

For the foregoing reasons in the Memorandum Opinion, the Report & Recommendation (Doc. No. 110) is **APPROVED AND ADOPTED**. Black Creek and Presbyterian Church's motions to dismiss (Doc. Nos. 99, 103) are **GRANTED.** Snipes objections are **OVERRULED**. Snipes' motion for jurisdictional discovery (Doc. No. 106) is **DENIED AS MOOT**. The Court declines to exercise supplemental jurisdiction over Snipes' state law claims. All other pending motions are **DENIED AS MOOT.**

This is a final order. The Clerk shall close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE